Scott FITSIMMONS, Movant/Appellant,

v.

STATE of Missouri,
Respondent/Respondent.

No. 74858.

Missouri Court of Appeals,
Eastern District,
Division Three.

June 29, 1999.

Motion for Rehearing and/or Transfer to
Supreme Court Denied July 29, 1999.

Application for Transfer Denied
Aug. 24, 1999.

Nancy L. Vincent, Public Defender's Office, St. Louis, for appellant.

John Munson Morris, III, Asst. Atty. Gen., Catherine Chatman, Jefferson City, for respondent.

Before PAUL J. SIMON, P.J., KATHIANNE KNAUP CRANE, J., and LAWRENCE E. MOONEY, J.

*ORDER*

PER CURIAM.

Scott Fitsimmons, movant, appeals from the judgment denying on the merits his Rule 29.15 motion for post-conviction relief after an evidentiary hearing. We have reviewed the record on appeal and the briefs of the parties and find the motion court's judgment is based on findings of fact that are not clearly erroneous. An extended opinion would have no precedential value. We have, however, prepared a memorandum opinion setting forth the facts and reasons for our decision for the use of the parties only. We affirm the judgment pursuant to Rule 84.16(b).